UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 31, 2019

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-00025-KJN |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| ERIC WILLIAM JOHN FRICCERO | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ERIC WILLIAM JOHN FRICCERO

Case No. 2:19-mj-00025-KJN Charge 21 USC § 846 and 841(a)(1) from custody for the following reasons:

    **X**    Release on Personal Recognizance

    \_\_\_\_    Bail Posted in the Sum of $ _____

    \_\_\_\_    Unsecured Appearance Bond $ _____

    \_\_\_\_    Appearance Bond with 10% Deposit

    \_\_\_\_    Appearance Bond with Surety

    \_\_\_\_    Corporate Surety Bail Bond

    \_\_\_\_    (Other): Pretrial Service conditions as stated on the record in open court.

Issued at Sacramento, California on January 31, 2019 at 2:00 PM

By: *[signature]*

Magistrate Judge Kendall J. Newman