SAMUEL D. BERNS  (CA State Bar #271348)
Law Office of Samuel D. Berns, Inc.
5701 Lonetree Blvd., Suite 123
Rocklin, CA 95765
Tel:(916) 226-1477
Fax: (530) 455-5567
sam@bernslegal.com

Attorney for ERIC FRICCERO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 2:19-MJ-0025-KJN |
| Plaintiff, | ) | |
| | ) | STIPULATION |
| | ) | CONTINUING ARRAIGNMENT |
| | ) | AND EXCLUDABLE TIME; |
| v. | ) | PERIODS UNDER SPEEDY TRIAL ACT; |
| | ) | FINDINGS AND ORDER |
| ERIC FRICCERO | ) | |
| | ) | Date: February 21, 2019 |
| | ) | Time: 2:00 p.m. |
| | ) | Court: Hon. Kendall J. Newman |
| Defendants. | ) | |
| _____ | ) | |

STIPULATION

1.      Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Paul Hemesath, and defendant Eric Fricerro, both individually and by and through his counsel of record, Samuel Berns, hereby stipulate as follows:

2.      The Complaint in this case was filed on January 29, 2019, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on January 31, 2019. The court set a preliminary hearing date of February 21, 2019.

3.      By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to March 19, 2019, at 2:00 p.m., before the duty Magistrate Judge,

-1-

pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

      4.      The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between February 21, 2019, and March 19, 2019, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.


Dated: February 15, 2019               Respectfully submitted,


                                 /s/ Paul Hemesath (by attorney, with permission)
                                 PAUL HEMESATH
                                 Assistant U.S. Attorney

Dated: February 15, 2019               /s/ Samuel David Berns
                                 SAMUEL DAVID BERNS
                                 Attorney for Eric Friccero


## FINDINGS AND ORDER


      IT IS SO FOUND AND ORDERED

Dated: February 19, 2019

                                 _____
                                 CAROLYN K. DELANEY
                                 UNITED STATES MAGISTRATE JUDGE